IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYLVESTER GOODSON, #099270, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv729-TMH |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER AND OPINION**

On August 3, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is DENIED as time-barred and that this case is DISMISSED with prejudice.

Done this the 20th day of September, 2010.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE